**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS Body Armor I, Inc., et al.,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| SS Body Armor I, Inc., | ) | Adv. No. 11-50338 (CSS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Ref. Adv. Docket No. 15** |
| D. David Cohen, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING DISMISSAL OF ADVERSARY PROCEEDING
WITH PREJUDICE**

Upon consideration of the *Certification of Counsel Regarding Order Approving Dismissal of Adversary Proceeding With Prejudice* (the "Certification")[1] filed by the Debtor/Plaintiff; and the Court having reviewed the Certification; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The above-captioned action is dismissed with prejudice.

---

[1] The pre-confirmation debtors in these cases, and the last four digits of each debtor's federal tax identification number, were: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtor must be sent to SS Body Armor I, Inc., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Certification.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 29th, 2021
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**